**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.        2:25-cv-03192-SVW-AJR                    Date:  March 27, 2026
                                                        Page 1 of 3

Title:        Warren Fred Nelson v. Santa Monica Police Department, et al.

---

DOCKET ENTRY:        **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A SECOND AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

_  Ashley Silva-Elder_            _____None_____            __None__
   Deputy Clerk                Court Reporter/Recorder            Tape No.

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                                None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On April 8, 2024, *pro se* plaintiff Warren Fred Nelson ("Plaintiff"), filed a civil rights complaint (the "Complaint") alleging claims under 42 U.S.C. § 1983, 42 U.S.C. § 1985, the Civil Rights Act of 1871, and 42 U.S.C. § 1988 against the following defendants: (1) Santa Monica Police Department; (2) City of Santa Monica; (3) Police Chief Ramon Batista, sued individually and in his official capacity; (4) Officer Olson #4149, sued individually and in his official capacity; (5) Officer Prosser, sued individually and in his official capacity; (6) Lead Detective Stephanie Davis, sued individually and in her official capacity; and (7) Det. Lawrence Kayondo Sued individually and in his official capacity.  (Dkt. 1 at 1.)  On the same date, Plaintiff filed a request to proceed in forma pauperis ("IFP").  (Dkt. 2.)  The District Judge granted Plaintiff's IFP request on May 8, 2025.  (Dkt. 15.)  On May 19, 2025, the Court screened the Complaint and issued an order dismissing the Complaint with leave to amend.  (Dkt. 19.)  Specifically, the Court directed Plaintiff to file a First Amended Complaint ("FAC") that attempted to remedy the identified defects by June 16, 2025.  (Id.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:25-cv-03192-SVW-AJR                    Date:  March 27, 2026
                                                       Page 2 of 3

Title:        Warren Fred Nelson v. Santa Monica Police Department, et al.

On June 17, 2025, Plaintiff filed a Declaration in Support of a Motion for Extension of Time to File FAC. (Dkt. 21.)  On June 25, 2025, the Court granted Plaintiff an extension to file the FAC until July 25, 2025.  (Dkt. 22.)  On July 25, 2025, Plaintiff filed a FAC. (Dkt. 23.)  The FAC named defendants City of Santa Monica and the Santa Monica Police Department ("SMPD") (together, "Defendants").  (Id. at 2.)  The FAC also removed Plaintiff's Eighth Amendment claim.  Instead, Plaintiff alleged that his Fourth and Fourteenth Amendment rights were violated by Defendants and sought declaratory, monetary, and injunctive relief.  (Id. at 2.)  In support of the FAC, Plaintiff filed three separate sets of exhibits. (Dkts. 24-26.)  On February 9, 2026, the Court screened Plaintiff's FAC and issued an order dismissing the FAC with leave to amend.  (Dkt. 27.)  Plaintiff was required to file a Second Amended Complaint ("SAC") by March 11, 2026.  (Id. at 11.)  Plaintiff was explicitly cautioned that failure to timely file a SAC, or failure to correct the deficiencies, may result in a recommendation that this action or certain claims be dismissed with prejudice.  (Id. at 11-12.)

As of today, Plaintiff has neither filed an amended complaint nor requested a further extension of time in which to do so.  This action cannot move forward unless and until Plaintiff files an amended complaint.  **As the Court previously advised Plaintiff, failure to file a Second Amended Complaint will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

Plaintiff is ordered to file a Second Amended Complaint, if any, by **April 10, 2026** or show cause why the action should not be dismissed with prejudice for failure to prosecute.  If Plaintiff chooses to file a Second Amended Complaint, it should bear the docket number assigned to this case (2:25-cv-03192-SVW-AJR), be labeled "Second Amended Complaint," and be complete and of itself without reference in any manner to the Complaint, any amended complaint, or any other document (except any document that Plaintiff chooses to attach to the Second Amended Complaint as an exhibit).  Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  Should Plaintiff decide to file a Second Amended Complaint, he is encouraged to utilize the Pro Se 15 form complaint attached to this Order.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-03192-SVW-AJR                    Date:  March 27, 2026
                                                                       Page 3 of 3

Title:        Warren Fred Nelson v. Santa Monica Police Department, et al.

        If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

        IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
Pro Se 15, Complaint for Violation of Civil Rights (Non-Prisoner).