# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WARREN FRED NELSON,

               Plaintiff,

      v.

SANTA MONICA POLICE DEPARTMENT, ET AL.,

               Defendants.

Case No. 2:25-cv-03192-SVW-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DISMISSING THIS ACTION WITH PREJUDICE for failure to prosecute and comply with Court orders.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record, as well as all

parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 23, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE