**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FRED NELSON,<br><br>        Plaintiff,<br><br>   v.<br><br>SANTA MONICA POLICE DEPARTMENT, ET AL.,<br><br>        Defendants. | Case No. 2:25-cv-03192-SVW-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge.

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to prosecute and comply with Court orders.

DATED: June 23, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE